**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| Kepida Contracting, LLC, ) | |
| ) | **ORDER FOR MID-DISCOVERY** |
| Plaintiff, ) | **STATUS CONFERENCE** |
| ) | |
| v. ) | |
| ) | |
| Kovilic Construction Company, Inc., ) | |
| an Illinois corporation, ) | |
| ) | Case No. 1:24-cv-00254 |
| Defendant. ) | |

**IT IS ORDERED**:

A mid-discovery status conference will be held on April 18, 2025, at 9:00AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 16th day of January, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court