IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

| | |
|---|---|
| KEPIDA CONTRACTING, LLC,<br><br>   Plaintiff,<br><br>v.<br><br>KOVILIC CONSTRUCTION COMPANY, INC. AND SWISS RE CORPORATE SOLUTIONS AMERICA INSURANCE COMPANY.<br><br>   Defendant. | **STIPULATED PROTECTIVE ORDER**<br><br>Case No. 1:24-CV-254 |

THIS MATTER having come before the Court on Defendant Kovilic Construction Company, Inc.'s Unopposed Motion for Protective Order, and the Court having been informed of the circumstances and that no party opposes this relief, hereby FINDS that good causes exists to enter the protective order agreed by the parties.

It is hereby ORDERED that Defendant may produce the construction project file as Bates Nos. 711 to 33130. These Bates numbered documents shall be treated as confidential and may only be used for purposes germane to this lawsuit.

It is further ORDERED that no objections, privileges, or immunities shall be waived by Defendant by the production of Bates Nos. 711 to 33130. In the event that Defendant later identifies an objection to the production of any particular document, including, but not limited to, attorney-client privilege, work product, confidential employee information, or information protected by HIPAA, Defendant shall provide Plaintiff with written notice of the assertion of privilege that requests return of the document. If Plaintiff chooses to contest the objection, privilege, or immunity, the parties may present this issue to the Court.

Finally, the original and all copies of those documents Bates numbered 711 to 33130 shall either be returned to counsel for defendant or destroyed at the conclusion of this litigation, subject only to Plaintiff's counsel retaining a copy for his files.

Dated this 30th day of October, 2025.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court

AGREED:

/s/ Steve Leibel
Counsel for Defendants


/s/ RJ Pathroff (approved via e-mail 10-28-2025)
Counsel for Plaintiff