# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| KEPIDA CONTRACTING, LLC,          )<br>                                                          )<br>            Plaintiff,                          )       **ORDER**<br>                                                          )<br>     vs.                                              )<br>                                                          )       Case No. 1:23-cv-195<br>KOVILIC CONSTRUCTION COMPANY, INC. )<br>AND SWISS RE CORPORATE SOLUTIONS   )<br>AMERICA INSURANCE COMPANY,          )<br>                                                          )<br>            Defendants.                     )  | |

The Court has been advised that the parties have reached a settlement. Pursuant to Local Civil Rule 41.1, the parties are directed to file their closing documents within thirty (30) days from the date of this order.  See D.N.D. Civ. L. R. 41.1.

**IT IS SO ORDERED**.

Dated this 20th day of November, 2025.

                                                                                    */s/ Clare R. Hochhalter*
                                                                                    Clare R. Hochhalter, Magistrate Judge
                                                                                    United States District Court